UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDALL COLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>SANG NGUYEN, et al.,<br><br>Defendants. | Case No. 18-cv-03468-SI<br><br>**ORDER OF DISMISSAL** |

On November 16, 2018, the court dismissed some defendants as improperly joined and determined that Wendall Coleman's *pro se* prisoner's civil rights complaint failed to state a claim upon which relief may be granted. Docket No. 25. The court granted Coleman leave to file an amended complaint no later than December 21, 2018, cautioning him that failure to file an amended complaint by the deadline would result in the dismissal of this action. (*Id.* at 11.) Coleman did not file an amended complaint, and the deadline by which to do so has passed. For the foregoing reasons, and the reasons stated in the order of dismissal with leave to amend, this action is DISMISSED for failure to state a claim upon which relief may be granted. The clerk shall close the file

**IT IS SO ORDERED**.

Dated: March 12, 2019

_____
SUSAN ILLSTON
United States District Judge